IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-30145-MJR |
| ) | |
| ROBERT LEE PALMER, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On January 14, 2010, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Palmer entered a guilty plea to Counts 1, 2 and 3 of the Indictment.

By Report filed January 14, 2010, Judge Proud recommends that the undersigned District Judge accept Defendant Palmer's guilty plea, find Defendant Palmer guilty, direct the Probation Office to prepare a presentence investigation report and impose sentence accordingly. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 22), **ACCEPTS** Defendant Palmer's guilty plea, and **ADJUDGES** Palmer guilty of the offense set forth in Counts 1, 2 and 3 of the Indictment (violation of **18 U.S.C. §§ 1951;**

**924(c)(1)(A)(ii) and 2; 922(u) and 924 (i)(1) and (m)**).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, sentencing **REMAINS SET** for **9:00 a.m. on Friday, May 28, 2010.**

       **IT IS SO ORDERED.**

       **DATED this 4th day of February, 2010**

       **s/Michael J. Reagan**
       **MICHAEL J. REAGAN**
       **United States District Judge**